United States District Court
Southern District of Texas
**ENTERED**
November 14, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| HECTOR YADO, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:17-CV-00083 |
| § | |
| PALOMAR SPECIALTY INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER

The Court now considers the joint stipulation of dismissal filed in this case.[1] Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides for dismissal of a claim without court order so long as the stipulation is signed by all parties who have appeared. Here, the stipulation is signed by all parties who have appeared. Thus, the case is **DISMISSED WITH PREJUDICE**, the status conference set for November 13, 2017 is hereby **CANCELED**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 14th day of November, 2017.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 19.